# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00497-CR

**William Renshaw Walker, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 01-633-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**

---

William Renshaw Walker seeks to appeal from a judgment of conviction for bail jumping. He pleaded guilty pursuant to a plea bargain. As part of his bargain, appellant promised not to appeal. This promise is binding when, as here, the court follows the agreed punishment recommendation. *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). Further, appellant=s notice of appeal does not comply with appellate rule 25.2(b)(3); in fact, it states that the trial court denied permission to appeal. *See* Tex. R. App. P. 25.2(b)(3); *see also Cooper v. State*, 45 S.W.3d 77, 79 (Tex. Crim. App. 2001); *Whitt v. State*, 45 S.W.3d 274, 275 (Tex. App.CAustin 2001, no pet.).

The State=s motion to dismiss is granted.  The appeal is dismissed for want of jurisdiction.

_____

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:   August 30, 2002

Do Not Publish